Joseph & Norinsberg
Fighting for Employee Justice

825 Third Ave, Suite 2100 • New York, NY 10022
Tel No.: (212) 227-5700 Fax No.: (212) 6561889

Jon L. Norinsberg, Esq.
jon@norinsberglaw.com

October 23, 2026

MEMO ENDORSED

**VIA ECF**
Hon. Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:** ***Barreto v. T.G.C. Transportation Inc., et al.***
***Docket No. 25 Civ. 10455 (JCM)***

Dear Judge Reznik:

Our office represents Plaintiff, Angel Barreto, in the above-referenced matter. We write to bring an unforeseen circumstance to the Court's attention and to respectfully request an adjournment of the settlement conference currently scheduled for Tuesday, October 27, 2026, at 2:30 p.m., and a corresponding extension of the deadline for the parties' ex parte pre-conference submissions. Counsel for Defendants, Frank Scahill, Esq., consents to this request.

The response for this application is that Andrew Laskin, Esq., the attorney at Joseph & Norinsberg, LLC who has been actively handling this matter, suddenly and unexpectedly left the firm. Because of this, Plaintiff's counsel has had to immediately reassign and restructure responsibilities for this and other matters. That leaves the attorney now handling the matter without enough time to prepare properly for a meaningful settlement conference on the current date. This development was entirely unforeseeable.

In light of these circumstances, we respectfully request that the settlement conference be adjourned to a date during the week of November 30, 2026, or to another date convenient for the Court, with the ex parte submissions due five (5) business days before the rescheduled conference. This is Plaintiff's first request for an adjournment of the settlement conference. No other deadlines would be affected.

We sincerely apologize for any inconvenience and thank the Court for its consideration.

Respectfully submitted,

Jon L. Norinsberg, Esq.

cc: All counsel via ECF

The request for an adjournment is GRANTED. The settlement conference is rescheduled for December 17, 2026 at 2:30 pm on Teams. Ex parte submissions are due on December 10, 2026. Exchange of demands: Plaintiff by December 3, 2026. Defendant by December 10, 2026.

Dated: October 23, 2026

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.